# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| REBEKKA J. SANTIAGO, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-510-HE |
| CAROLYN W. COLVIN, Acting Commissioner of the Social, Security Administration | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Rebekka J. Santiago filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her applications for disability insurance benefits and supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommends that the Commissioner's decision be affirmed.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts Magistrate Judge Purcell's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 16th day of May, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE